**Order entered July 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00586-CV

### IN RE: RADIANT DARKSTAR PRODUCTIONS, LLC, Relator

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02152**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable Dale Tillery, Judge of the 134th Judicial District Court, to **VACATE** his April 4, 2013 "Order Overruling Defendant Radiant's Motion to Dissolve Pre-Judgment Garnishments and Emergency Motion" and to **RENDER** an order granting the motion to dissolve the pre-judgment garnishment of debts and assets held by Radiant Gaming for Falch or Sherwood and the motion to release funds deposited by relator into the registry of the court. Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order issued in compliance with this order. We **ORDER** that relator recover its costs of this original proceeding from real parties in interest.

/s/      LANA MYERS
         JUSTICE